IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID SMITH,                                              No. 3:16-cv-00412-JE

               Plaintiff,

          v.

PROVINCE OF THE HOLY NAME, a                              ORDER
California not-for-profit corporation; and
HOLY ROSARY CHURCH, OF PORTLAND,
OREGON, an Oregon not-for-profit
corporation,

               Defendants.

HERNANDEZ, District Judge:

      Magistrate Judge Jelderks issued a Findings & Recommendation (#19) on May 26, 2016,

in which he recommends the Court grant Plaintiff's motion to remand, deny Plaintiff's request for

fees and costs, and deny Defendants' motion to dismiss as moot.  Plaintiff and Defendants have

timely filed objections to the Findings & Recommendation.  The matter is now before me

pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings &

Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th

Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's and Defendants'  objections and conclude there is

no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions

of the record *de novo* and find no other errors in the Magistrate Judge's Findings &

Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [15], and

therefore, Plaintiff's motion to remand [6] is granted, Plaintiff's motion for attorney's fees and

costs [6-2] is denied, and Defendants' motion to dismiss [3] is denied as moot.

IT IS SO ORDERED.

DATED this _____28_____ day of ___July___, 2016.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER